UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ------------------------------------------------------- X | | |
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | : : | 3:09-MD-02100-DRH-PMF MDL NO. 2100 |
| ------------------------------------------------------- X | | Judge David R. Herndon |
| ERIN RICHARDSON, | : | COMPLAINT AND JURY DEMAND |
| Plaintiff, | : : | Civil Action No.: 3:13-cv-10758-DRH-PMF |
| v. | : | |
| BAYER CORPORATION, an Indiana corporation | : | |
| BAYER HEALTHCARE, LLC, a Delaware corporation | : : | |
| BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware corporation | : : | |
| BAYER PHARMA AG, a German corporation | : | |
| BAYER AG, a German corporation | : : | |
| BARR LABORATORIES INC. a Delaware corporation | : | |
| TEVA PHARMACEUTICALS INDUSTRIES LTD. an Israeli corporation | : : | |
| TEVA PHARMACEUTICALS USA, INC. a Delaware corporation | : : | |
| Defendants. ------------------------------------------------------- X | | |

1

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff Erin Richardson, through her attorney Tim Gresback, sues Defendants and alleges:

**PARTIES**

1. Plaintiff Erin Richardson (Plaintiff), is and at all times relevant was a resident and citizen of Yakima, Washington, located in Yakima County, Washington.

2. Plaintiff was prescribed and ingested Yaz, Yasmin, and Ocella, and while using Yaz, Yasmin, and Ocella she suffered multiple pulmonary embolisms.

3. Defendant Bayer Corporation, is an Indiana Corporation with its principal place of business at 100 Bayer Road, Pittsburgh, Pennsylvania 15205.

4. Defendant Bayer Healthcare, LLC is a Delaware limited liability company, with its principal place of business at 555 White Plains Road, Tarrytown, New York 10591.  Defendant Bayer Healthcare LLC is wholly owned by defendant Bayer Corporation.  Defendant Bayer Healthcare LLC owns 100% of Schering Berlin.  Schering Berlin owns 100% of Healthcare Pharmaceuticals, Inc.

5. Defendant Bayer Healthcare Pharmaceuticals, Inc. is a Delaware corporation with its principal place of business at 6 West Belt Road, Wayne, New Jersey 07470.  Defendant Healthcare Pharmaceuticals, Inc. was formerly known as Berlex Laboratories, Inc., which was formerly known as Berlex, Inc. and is the same corporate entity as Berlex, Inc. and Berlex Laboratories, Inc.

6. Berlex Laboratories Inc. was engaged in the business of designing, developing, manufacturing, testing, packaging, promoting, marketing, distributing, labeling, and selling the drugs Yaz and Yasmin.  Berlex Laboratories, Inc. and Berlex, Inc. were integrated into Bayer

2

Healthcare AG and operate as an integrated specialty pharmaceuticals business under Bayer Healthcare Pharmaceuticals, Inc.

7. Defendant Bayer Healthcare Pharmaceuticals, Inc. is the holder of the approved New Drug Application (NDA) for both Yaz and Yasmin.

8. Defendant Bayer Healtcare Pharmaceuticals, Inc. is engaged in the business of researching, developing, designing, licensing, manufacturing, distributing, selling, and/or marketing, either indirectly, its products, including the prescription drugs Yaz and Yasmin. At all relevant times, Defendant Bayer Healthcare Pharmaceuticals, Inc. has conducted regular and sustained business in Washington by selling and distributing its products in Washington and engaging in substantial commerce and business activities in Washington.

9. Defendant Bayer Pharma AG is a pharmaceutical company that is organized and exists under the laws of the Federal Republic of Germany, having its principal place of business at Müllerstrasse 178, 13353 Berlin, Germany.

10. Defendant Bayer Pharma AG, is a corporate successor of Bayer Schering Pharma AG and Schering AG.

11. Schering AG was renamed Bayer Schering Pharma AG effective December 29, 2006.

12. Bayer Schering Pharma AG was renamed Bayer Pharma AG effective July 5, 2011.

13. Defendant Bayer Pharma AG's headquarters and principal place of business in the United States is located at 100 Bayer Road, Pittsburgh, Pennsylvania 15205.

14. Defendant Bayer Pharma AG is the current owner of the patents relating to the oral contraceptives Yaz and Yasmin.

15. Defendant Bayer AG is a German chemical and pharmaceutical company that is headquarted in Leverkusen, North Rhine-Westphalia, Germany.

16. Defendant Bayer AG is the parent/holding company of all other named defendants.

17. Defendant Bayer AG's headquarters and principal place of business in the United States is located at 100 Bayer Road, Pittsburgh, Pennsylvania 15205.

18. Defendants Bayer Corporation, Bayer Healthcare, LLC, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, and Bayer AG shall be referred to herein as "Bayer" or "Bayer Defendants."

19. At all relevant times, Bayer was engaged in the business of researching, developing, designing, licensing, manufacturing, distributing, selling, marketing, and introducing into interstate commerce the prescription drugs Yaz and Yasmin.

20. Defendant Barr Laboratories, Inc. is a Delaware corporation having regular and established places of business at One Belmont Avenue, Bala Cynwyd, Pennsylvania 19004 and 255 Summitt Avenue, Montvale, New Jersey 07645.

21. Barr Laboratories, Inc. was a wholly owned subsidiary of Bayer Healthcare Pharmaceuticals, Inc.

22. Defendant Teva Pharmaceutical Industries Ltd. is a pharmaceutical corporation organized under the laws of Israel and maintains its principal place of business at 5 Basel Street, Petah Tiqva 49131, Israel.

23. Defendant Teva Pharmaceuticals USA, Inc. is a pharmaceutical company organized under the laws of Delaware and has its principal place of business located at 1090 Horsham Road, North Wales, Pennsylvania 19454.

## JURISDICTION AND VENUE

24. This court has jurisdiction over this matter pursuant to 28 U.S.C. section 1332 (diversity of citizenship), because there is complete diversity between plaintiff and defendants, and plaintiff claims an amount in controversy exceeding $75,000.00.

25. Venue is proper in the Southern District of Illinois pursuant to Pretrial Order No. 9 which authorizes direct filing of cases into MDL No. 2100. Upon the completion of all pretrial proceedings applicable to this case, the case will be transferred to either the federal district court in the district where the plaintiff was injured or the federal district court in the district where the plaintiff resides at the time of such transfer.

## FACTS

26. Yaz and Yasmin are birth control pills manufactured, marketed, and sold by the Bayer Defendants. They are combination oral contraceptives (COCs) meaning they contain an estrogen component and a progestin component. These steroidal components work together in COCs to suppress ovulation, fertilization, and implantation, and thus prevent pregnancy.

27. The Food and Drug Administration (FDA) approved Yaz and Yasmin for marketing in 2006 and 2001, respectively.

28. Yaz and Yasmin are different from other COCs in that they contain a progestin component known as drospirenone. Drospirenone is associated with significantly increased risk of clotting events compared with oral contraceptives that contain older formulations of progestin.

29. The Bayer Defendants marketed Yaz and Yasmin as providing the same efficacy as other birth control pills in preventing pregnancy but with additional benefits. However, Yaz and Yasmin also present additional health risks not associated with other birth control pills. The Bayer Defendants knew or should have known of these risks, but failed to disclose them.

30. In the spring of 2008, plaintiff's dermatologist prescribed her Yaz to take in combination with the acne medication Accutane. Plaintiff was 16 years old at the time. Plaintiff took Yaz continuously until the fall of 2008 when she was prescribed Yasmin/Ocella. Plaintiff then took Yasmin/Ocella continuously from the fall of 2008 until April 2011 when she suffered multiple pulmonary embolisms. The embolisms have not only been painful, but they have also left her lungs scarred, caused her to miss time from school and work, caused significant emotional distress, and required continued treatment to prevent clotting.

## LIABILITY AND CAUSATION

31. Plaintiff claims liability against the Bayer Defendants based upon the theories of product liability (Wash. Rev. Code Ann. § 7.72 et seq. (West 2013)); willful or wanton misconduct; breach of warranty (Wash Rev. Code Title 62A); concert of action; negligent and/or fraudulent misrepresentation as to product safety; and the tort of outrage. The liability-creating conduct of the Bayer Defendants consisted of negligent and unsafe design of Yaz and Yasmin; failure to test, monitor, and recall the drugs; failure to timely warn of risks associated with use of drugs; negligently and/or fraudulently misrepresenting the drugs to be safe; marketing drugs that were not reasonably safe; marketing defective drugs; marketing drugs not reasonably safe as designed; marketing drugs not reasonably safe for lack of adequate warnings; marketing drugs with misrepresentations as to safety; breach of express and/or implied warranties; suppressing information regarding risks associated with Yaz and Yasmin; and/or acting in concert with other entities to develop and market a defective product.

## DAMAGES

32. As a direct and proximate result of Defendants' acts and omissions, as described above, plaintiff is entitled to be compensated for the following damages: past and future medical

expenses, disability, both physical and emotional pain and suffering, lost earnings, and interference with normal life. All of the above damages are in the amount which will be proved at trial.

33. Defendants' conduct as alleged in this Complaint demonstrates that Defendants were grossly negligent. Furthermore, Defendants acted willfully, wantonly and maliciously so as to warrant the imposition of punitive damages.

## PRAYER FOR RELIEF

34. Wherefore, plaintiff prays for damages as set forth above, for interest from the date of injury, for costs and disbursements and attorney's fees incurred in bringing this action, and for such other relief as the Court deems just and reasonable.

## JURY DEMAND

35. Plaintiff hereby demands a trial by jury on all issues so triable.

Dated this 12 day of July, 2013.

RESPECTFULLY SUBMITTED,

/s/ Tim Gresback

Tim Gresback, Attorney at Law
P.O. BOX 9696
MOSCOW, ID 83843
TELEPHONE: (208) 882-2222
FAX: (208) 892-3535
tim@moscowattorney.com
Attorney for plaintiff